**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Aisha Raheel, on behalf of herself and all others          Case no. 1:25-cv-2107-NRM-MMH
similarly situated,                                        :
                                                          :
                         Plaintiffs,                       :
                                                          :        NOTICE OF MOTION FOR
                    v.                                     :         DEFAULT JUDGMENT
                                                          :
D. Porthault USA, LLC                                      :
                                                          :
                         Defendant.                        :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      **PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, Aisha Raheel hereby move, at a date and time to be set by the Court, before the Honorable Nina R. Morrison, at the Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East Courtroom 504N Brooklyn, NY 11201, for an Order granting Plaintiff's Motion for Default Judgment.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: July 28, 2025

Respectfully Submitted,

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ Michael H. Cohen**

By: Michael H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
C: +1 (917) 437-3737
O: +1 (844) 731-3343
Email: mcohen@ealg.law