**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

AISHA RAHEEL,

                Plaintiff,

v.

D. PORTHAUL USA, LLC,

                Defendant.

Case No.: 1:25-cv-02107-NRM-MMH

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice.

Dated:  March 3, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael C. Cohen**
Michael H. Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
(718) 715-1646
mcohen@ealg.law